| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 24, 2016
David J. Bradley, Clerk

RANDALL BOLIVAR, §
　　　　　　　　　　　　　§
　　　Petitioner, §
　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　CIVIL ACTION H-15-2827
　　　　　　　　　　　　　§
LORIE DAVIS, §
　　　　　　　　　　　　　§
　　　Respondent. §

## Order of Adoption

On May 20, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (32). Petitioner filed an objection (33). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Bolivar's petition for writ of habeas corpus is denied with prejudice as time-barred.

Bolivar's motion for summary judgment (Dkt. 29) and request for discovery (Dkt. 30) are denied.

Signed _____, 2016, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　United States District Judge